# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRANKLIN D. RAINES, ) | |
| ) | No. 1:07-cv-01202 (RJL) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| OFFICE OF FEDERAL HOUSING ) | |
| ENTERPRISE OVERSIGHT, and ) | |
| JAMES B. LOCKHART, III, ) | |
| ) | |
| Defendants. ) | |

## APPEARANCE

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that MARCIA N. TIERSKY, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance in the above-captioned matter as a counsel of record for Defendants. Attached hereto is the Certificate of Familiarity required by Local Civil Rule 83.2(j).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

|  |  |
|---|---|
| | /s/   Marcia N. Tiersky |
| OF COUNSEL: | ARTHUR R. GOLDBERG, D.C. Bar 180661 |
| DAVID FELT | MARCIA N. TIERSKY, Ill. Bar 6270736 |
| OFHEO | Attorneys, Department of Justice |
| 1700 G Street, N.W. | 20 Mass. Ave., N.W., Room 7206 |
| Washington, D.C. 20552 | Washington, D.C. 20530 |
| Tel: (202) 414-3750 | Tel: (202) 514-1359 |
| | Fax: (202) 318-0486 |
| | E-mail: marcia.tiersky@usdoj.gov |
| | Attorneys for Defendants |

## CERTIFICATE OF FAMILIARITY

Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.

Dated:   7/3/07                                                /s/   Marcia N. Tiersky
                                                                         Marcia N. Tiersky