AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

FRANKLIN D RAINES,

        Plaintiff(s)  )  **APPEARANCE**

        vs.  )  CASE NUMBER  1:07-CV-01202

OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT, and JAMES B. LOCKHART, III, in his official capacity as Director,

        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Daniel N. Marx__ as counsel in this
                      (Attorney's Name)

case for: __Plaintiff Franklin D. Raines__
                      (Name of party or parties)

July 12, 2007
Date

/s/ Daniel N. Marx
Signature

Daniel N. Marx
Print Name

D.C. Bar No. 496786
BAR IDENTIFICATION

Williams & Connolly LLP, 725 12th St., NW
Address

Washington  DC  20005
City  State  Zip Code

(202) 434-5000
Phone Number