UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANKLIN D. RAINES,<br><br>       Plaintiff,<br><br>v.<br><br>OFFICE OF FEDERAL HOUSING<br>ENTERPRISE OVERSIGHT, and<br>JAMES B. LOCKHART III,<br><br>       Defendants. | No. 1:07-cv-01202 (RJL) |

and

| | |
|---|---|
| J. TIMOTHY HOWARD,<br><br>       Plaintiff,<br><br>v.<br><br>OFFICE OF FEDERAL HOUSING<br>ENTERPRISE OVERSIGHT, and<br>JAMES B. LOCKHART III<br><br>       Defendants. | No: 1:07-cv-01196 (RJL) |

**MOTION OF THE FEDERAL NATIONAL MORTGAGE ASSOCIATION TO
INTERVENE UNDER FED. R. CIV. P. 24**

Pursuant to Rules 24(a) and 24(b) of the Federal Rules of Civil Procedure, the Federal National Mortgage Association ("Fannie Mae") respectfully moves to intervene in the above-captioned matters. The grounds for this motion are as follows:

    1.    On July 12, 2007, the parties in the above-captioned matters submitted supplemental briefs regarding Messrs. Raines and Howard's motions for a preliminary injunction

prohibiting OFHEO from interfering with Fannie Mae's payment of awards under Performance Share Plan ("PSP") cycles 19 and 20 to them.

2.   Fannie Mae has reviewed the supplemental briefs, and has determined that the briefs raise several issues that implicate Fannie Mae's regulatory rights and responsibilities, its obligations and interests as a stakeholder, and the interests of numerous Fannie Mae officers and employees.

3.   Under certain circumstances, the Court will not need to resolve these issues. However, each of these issues directly and critically implicates Fannie Mae's interests. Accordingly, to the extent these issues are raised in the proceedings before the Court, Fannie Mae's positions with respect to the issues should be heard. The issues are as follows:

4.   *First*, the parties' briefs raise the issue of whether the Capital Restoration Plan, dated February 10, 2005, and the May 23, 2006 Consent Order, provide OFHEO with the authority to further approve or disapprove PSP payments made by Fannie Mae to its officers.

5.   *Second*, the parties' briefs raise the issue of whether OFHEO's approval authority under the Capital Restoration Plan includes the authority to set specific compensation levels for Fannie Mae officers by determining the appropriate percentage of PSP awards that should be paid.

6.   *Third*, the parties' briefs raise the issue of whether, if OFHEO does not approve the PSP payments, Fannie Mae will be precluded from paying *any* PSP participants, including those who are not currently OFHEO-designated officers.

For the foregoing reasons, Fannie Mae respectfully requests that this Court grant this motion and permit Fannie Mae to intervene in these actions. If the Court deems it appropriate, Fannie Mae is prepared to file additional briefing on these issues expeditiously after the July 16, 2007 hearing. A proposed order is attached.

Dated: July 13, 2007

Respectfully submitted,

_____
Everett C. Johnson, Jr. (D.C. Bar No. 358446)
Douglas N. Greenburg (D.C. Bar No. 449878)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W. Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

**ATTORNEYS FOR THE FEDERAL
NATIONAL MORTGAGE ASSOCIATION**

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2007, I caused a true and correct copy of the foregoing Motion to Intervene to be served, via Federal Express, upon the following:

Steven M. Salky
Eric Delinksy
Miles Clark
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036-5802

Kevin M. Downey
Paul Mogin
Alex G. Romain
Joseph M. Terry
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Office of Federal Housing Enterprise Oversight
c/o Alfred M. Pollard, General Counsel
1700 G Street, N.W.
Washington, D.C. 20552

Hon. James B. Lockhart, Director
Office of Federal Housing Enterprise Oversight
1700 G Street, N.W.
Washington, D.C. 20552

Marcia Tiersky
United States Department of Justice
Federal Programs
20 Massachusetts Avenue, N.W.
Room 7206
Washington, D.C. 20530

Everett C. Johnson, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRANKLIN D. RAINES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No: 1:07-cv-01196 (RJL) |
| OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT, and JAMES B. LOCKHART III, | ) ) ) ) ) | |
| Defendants. | ) ) | |

and

| | | |
|---|---|---|
| J. TIMOTHY HOWARD, | ) ) ) | No. 1:07-cv-01202 (RJL) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT, and JAMES B. LOCKHART III | ) ) ) ) | |
| Defendants. | ) ) | |

[PROPOSED] ORDER GRANTING MOTION TO INTERVENE

UPON CONSIDERATION of the Federal National Mortgage Association ("Fannie Mae")'s Motion to Intervene Under Fed. R. Civ. P. 24, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Intervene is **GRANTED.**

Dated this ____ day of _____, 2007.

_____
Hon. _____
United States District Court Judge

042262-0001

**Persons to be served with Order:**

    Steven M. Salky
    Eric Delinksy
    Miles Clark
    ZUCKERMAN SPAEDER LLP
    1800 M Street, N.W., Suite 1000
    Washington, D.C. 200036-5802

    Kevin M. Downey
    Paul Mogin
    Alex G. Romain
    Joseph M. Terry
    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, N.W.
    Washington, D.C. 20005

    Office of Federal Housing Enterprise Oversight
    c/o Alfred M. Pollard, General Counsel
    1700 G Street, N.W.
    Washington, D.C. 20552

    Hon. James B. Lockhart, Director
    Office of Federal Housing Enterprise Oversight
    1700 G Street, N.W.
    Washington, D.C. 20552

    Marcia Tiersky
    United States Department of Justice
    Federal Programs
    20 Massachusetts Avenue, N.W.
    Room 7206
    Washington, D.C. 20530

    Everett Johnson
    Douglas Greenburg
    LATHAM & WATKINS LLP
    555 11th Street, N.W.
    Suite 1000
    Washington, D.C. 20004-1304

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANKLIN D. RAINES,<br><br>       Plaintiff,<br><br>v.<br><br>OFFICE OF FEDERAL HOUSING<br>ENTERPRISE OVERSIGHT, and<br>JAMES B. LOCKHART III,<br><br>       Defendants. | No: 1:07-cv-01196 (RJL) |

and

| | |
|---|---|
| J. TIMOTHY HOWARD,<br><br>       Plaintiff,<br><br>v.<br><br>OFFICE OF FEDERAL HOUSING<br>ENTERPRISE OVERSIGHT, and<br>JAMES B. LOCKHART III<br><br>       Defendants. | No. 1:07-cv-01202 (RJL) |

## CERTIFICATE RULE  LCvR 7.1

I, the undersigned, counsel of record for Federal National Mortgage Association, "Fannie Mae", certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Fannie Mae, which have any outstanding securities in the hands of the public:

*No parent companies, subsidiaries or affiliates.*

These representations are made in order that judges of this Court may determine the need for recusal.

July 13, 2007

Respectfully Submitted,

*Everett Johnson* by JMS
Everett C. Johnson
D.C. Bar No. 358446
LATHAM & WATKINS LLP
555 Eleventh Street, N.W. Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Everett.Johnson@lw.com

**ATTORNEY FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION**

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 13th day of July, 2007, I caused a true and correct copy of the foregoing 7.1 Disclosure to be served, via Federal Express, upon the following:

Steven M. Salky
Eric Delinksy
Miles Clark
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 200036-5802

Kevin M. Downey
Paul Mogin
Alex G. Romain
Joseph M. Terry
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Office of Federal Housing Enterprise Oversight
c/o Alfred M. Pollard, General Counsel
1700 G Street, N.W.
Washington, D.C. 20552

Hon. James B. Lockhart, Director
Office of Federal Housing Enterprise Oversight
1700 G Street, N.W.
Washington, D.C. 20552

Marcia Tiersky
United States Department of Justice
Federal Programs
20 Massachusetts Avenue, N.W.
Room 7206
Washington, D.C. 20530

Amy L. Thomas

4