UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANKLIN D. RAINES,<br><br>      Plaintiff,<br><br>v.<br><br>OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT, and JAMES B. LOCKHART III,<br><br>      Defendants. | No: 1:07-cv-01202 (RJL) |

and

| | |
|---|---|
| J. TIMOTHY HOWARD,<br><br>      Plaintiff,<br><br>v.<br><br>OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT, and JAMES B. LOCKHART III<br><br>      Defendants. | No. 1:07-cv-01196 (RJL) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record: Pursuant to Rule 83.6(a) of the Local Civil Rules of the United States District Court for the District of Columbia please enter the appearance of Douglas N. Greenburg, of Latham & Watkins LLP, as counsel in this case for the Federal National Mortgage Association.

Dated: July 19, 2007        Respectfully Submitted,

/s/ Douglas N. Greenburg
Douglas N. Greenburg
D.C. Bar No. 449878
LATHAM & WATKINS LLP
555 11th St. NW
Suite 1000
Washington, D.C. 20004-1304
Tel: 202-637-2200
Fax: 202-637-2201
Douglas.Greenburg@lw.com

*Attorney for the Federal National Mortgage Association*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of July, 2007, I caused the foregoing Notice of Appearance to be filed via the Court's CM/ECF system, which will send notification of the filing to the following:

Kevin Michael Downey
Kdowney@wc.com

Daniel N. Marx
dmarx@wc.com

Marcia N. Tiersky
Marcia.tiersky@usdoj.gov


                                               /s/ Douglas N. Greenburg