IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANKLIN D. RAINES,<br>   *Plaintiff,*<br><br>   v.<br><br>OFFICE OF FEDERAL HOUSING<br>ENTERPRISE OVERSIGHT, and<br>JAMES B. LOCKHART, III, in his official<br>capacity as Director,<br>   *Defendants.* | Case No. 1:07-cv-01202<br><br>Judge Richard J. Leon |

## PLAINTIFF FRANKLIN D. RAINES'S MOTION TO WITHDRAW MOTION FOR PRELIMINARY INJUNCTION WITHOUT PREJUDICE

Plaintiff Franklin D. Raines hereby moves the Court to permit him to withdraw without prejudice his pending July 2, 2007 Motion for Preliminary Injunction and Temporary Restraining Order. A proposed Order is attached.

Dated: September 7, 2007

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

/s/ Kevin M. Downey
Kevin M. Downey (D.C. Bar No. 438547)
Paul Mogin (D.C. Bar No. 358759)
Alex G. Romain (D.C. Bar No. 468508)
Joseph M. Terry (D.C. Bar No. 473095)
Daniel N. Marx (D.C. Bar No. 496786)

 725 Twelfth Street, N.W.
 Washington, DC 20005
 (202) 434-5000
 kdowney@wc.com

*Counsel for Plaintiff Franklin D. Raines*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANKLIN D. RAINES,<br>          *Plaintiff,*<br><br>v.<br><br>OFFICE OF FEDERAL HOUSING<br>ENTERPRISE OVERSIGHT, and<br>JAMES B. LOCKHART, III, in his official<br>capacity as Director,<br>          *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No. 1:07-cv-01202<br><br>   Judge Richard J. Leon |

## ORDER

Based upon the motion of Franklin D. Raines to withdraw without prejudice his pending July 2, 2007 Motion for Preliminary Injunction and Temporary Restraining Order, it is this _____ day of September, 2007 hereby

      **ORDERED** that Mr. Raines's pending July 2, 2007 Motion for Preliminary Injunction and Temporary Restraining Order is withdrawn without prejudice.

 

                                                             Hon. Richard J. Leon<br>                                                             United States District Court Judge

## CERTIFICATE OF SERVICE

I certify that, on September 7, 2007, I electronically filed the foregoing Defendant Franklin D. Raines's Motion to Withdraw Motion for a Preliminary Injunction without Prejudice with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

/s/ Joseph M. Terry
Joseph M. Terry