IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANKLIN D. RAINES,**<br>    *Plaintiff,*<br><br>v.<br><br>**OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT, and JAMES B. LOCKHART, III, in his official capacity as Director,**<br>    *Defendants*. | Case No. 1:07-cv-01202<br><br>**Judge Richard J. Leon** |

## NOTICE OF DISMISSAL

Plaintiff Franklin D. Raines, having received the shares that were the subject of this action, hereby dismisses with prejudice this action in its entirety pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Dated: May 5, 2008

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

/s/ Kevin M. Downey_____
Kevin M. Downey (D.C. Bar No. 438547)
Paul Mogin (D.C. Bar No. 358759)
Alex G. Romain (D.C. Bar No. 468508)
Joseph M. Terry (D.C. Bar No. 473095)
Daniel N. Marx (D.C. Bar No. 496786)

    725 Twelfth Street, N.W.
    Washington, DC 20005
    (202) 434-5000
    kdowney@wc.com

*Counsel for Plaintiff Franklin D. Raines*

**CERTIFICATE OF SERVICE**

I certify that, on May 5, 2008, I electronically filed the foregoing Notice of Dismissal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

/s/ Joseph M. Terry_____
Joseph M. Terry